STATE of Missouri, Respondent,

v.

Dustin A. TIETGE, Appellant.

No. WD 61000.

Missouri Court of Appeals, Western District.

June 30, 2003.

James F. Crews, Tipton, MO, for Appellant.

John M. Morris, III, Andrea M. Follett, Co–Counsel, Jefferson City, MO, for Respondent.

Before HOWARD, P.J., ULRICH and HARDWICK, JJ.

## *ORDER*

PER CURIAM.

Dustin Tietge appeals his conviction on the class D felony offense of possession drug paraphernalia with the intent to manufacture methamphetamine, Section 195.233 RSMo.2000. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 30.25(b).